United States District Court
Southern District of Texas
**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVIGS FUND SOCIETY, FSB, § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:23-cv-092 |
| § | | |
| DORA GONZALES, § | | |
| Defendant. § | | |

## ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On November 13, 2023, Plaintiff Wilmington Savings Fund Society, FSB, as Trustee of WV 2017-1 Grantor Trust filed a notice of voluntary dismissal of this case without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] This rule permits the plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Defendant never appeared in the instant case. Accordingly, she has not filed an answer, a motion for summary judgment, or any motion "sufficiently equivalent to a motion for summary judgment" that would preclude a plaintiff from voluntarily dismissing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Amerijet Int'l, Inc. v. Zero Gravity Corp. (In re Amerijet Int'l, Inc.)*, 785 F.3d 967 (5th Cir. 2015).

Therefore, all claims made in this case have been dismissed without prejudice. The District Clerk is directed to close this case.

Signed on November 13, 2023.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge

---

[1] Docket No. 11 (Notice of Dismissal)